HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
JELANI J. LINDSEY  (Bar No. 280092)
(E Mail: jelani_lindsey@fd.org)
JEFFREY A. AARON ( Bar. No. 135625)
(E-Mail; jeffrey_aaron@fd.org)
Deputy Federal Public Defenders
3801 University Avenue, Suite 700
Riverside, California  92501
Telephone:  (951) 276-6346
Facsimile:  (951) 276-6368

Attorneys for Defendant
JEREMY MATTHEW MEYERETT

**FILED**
CLERK, U.S. DISTRICT COURT
NOV 28, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

**DENIED**
BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JEREMY MATTHEW MEYERETT, <br><br> Defendant. | Case No. ED CR 16-01-VAP <br><br> ~~[PROPOSED] ORDER SEALING EX PARTE APPLICATION AND DOCUMENTS~~ <br><br> ~~(UNDER SEAL)~~ |

| | |
|---|---|
| 1 | HILARY POTASHNER (Bar No. 167060)<br>Federal Public Defender |
| 2 | JELANI J. LINDSEY  (Bar No. 280092)<br>(E Mail: jelani_lindsey@fd.org) |
| 3 | JEFFREY A. AARON ( Bar. No. 135625)<br>(E-Mail; jeffrey_aaron@fd.org) |
| 4 | Deputy Federal Public Defenders<br>3801 University Avenue, Suite 700 |
| 5 | Riverside, California  92501<br>Telephone:  (951) 276-6346 |
| 6 | Facsimile:  (951) 276-6368 |
| 7 | Attorneys for Defendant<br>JEREMY MATTHEW MEYERETT |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEREMY MATTHEW MEYERETT,<br><br>    Defendant. | Case No. ED CR 16-01-VAP<br><br>~~[PROPOSED] ORDER SEALING EX PARTE APPLICATION AND DOCUMENTS~~<br><br>~~(UNDER SEAL)~~ |

GOOD CAUSE HAVING BEEN SHOWN IT IS HEREBY ORDERED THAT:

The defendant's ex parte application for sealed filing is GRANTED.  The ex parte application, order thereon, and documents shall be filed under seal.

NO SHOWING OF GOOD CAUSE

DATED: November  28 , 2016        By _____**DENIED**_____
                                   HONORABLE VIRGINIA A. PHILLIPS
                              BY ORDER OF THE COURT
                                   Chief United States District Judge

Presented by:

_____
JELANI J. LINDSEY
Deputy Federal Public Defender

2